

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00481-CV

**JOERIS GENERAL CONTRACTORS, LTD**.,
Appellant

v.

Rolando **CUMPIAN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14392
Honorable Stephani A. Walsh, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to January 22, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:

David B. Gaultney
MehaffyWeber, P.C.
823 Congress Avenue, Suite 200
Austin, TX 78701

Thad D. Spalding
Kelly, Durham & Pittard, LLP
P.O. Box 224626
Dallas, TX 75222

Dinah L. Gaines
Staff Attorney
Bexar County Civil District Courts
100 Dolorosa, Ste. 1.10
San Antonio, TX 78205

Marcella A. Della Casa
Thornton Biechlen Reynold & Guerra
100 N.E. Loop 410, Suite 500
San Antonio, TX 78216

Richard Scott Westlund
KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, TX 78232